UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ST. MARY HOME CARE INC.

    Plaintiff,

v.                                              CASE NO.: 8:24-cv-00043-TPB-CPT

WESTCHESTER SURPLUS LINES
INSURANCE COMPANY

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

COMES NOW the Plaintiff, St. Mary Home Care Inc., and the Defendant, WESTCHESTER SURPLUS LINES INSURANCE COMPANY, by and through undersigned counsels, and hereby notifies the Court that the parties have settled the above-captioned matter. The Parties request that the Court retain jurisdiction for the parties to finalize settlement. Once settlement is finalized, the Parties will file a Joint Stipulation of Dismissal with Prejudice.

Dated: February 13, 2024.

| | |
|---|---|
| **LAW OFFICE OF WILLIAM J. ROE, P.A.** | **CLAUSEN MILLER P.C.** |
| */s/ Nirav A. Desai, Esq.* <br> WILLIAM J. ROE, ESQ. <br> FBN: 85337 | /s/ *Zachary D. Sonenblum* <br> THOMAS J. MOODY, ESQ <br> FBN: 123618 |

10555832.1

| | |
|---|---|
| NIRAV A. DESAI, ESQ. | ZACHARY D. SONENBLUM, ESQ. |
| FBN: 93202 | FBN: 1010136 |
| 120 West Central Ave., Suite 9 | 4830 West Kennedy Blvd., Suite 600 |
| Winter Haven, Florida, 33880 | Tampa, Florida 33609 |
| Tel: (786) 332-6323 | Tel: (312) 606-7626 |
| Fax: (786) 233-9562 | tmoody@clausen.com |
| wjroe@wjroe.com | zsonenblum@clausen.com |
| ndesai@wrjoelaw.com | rfreschlin@clausen.com |
| *Attorneys for Plaintiff* | *Attorneys for Westchester Surplus Lines Insurance Company* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of February, 2024, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system which sent notification of such filing to the parties who are registered participants with the system: Nirav A. Desai    ndesai@wjroelaw.com, William Joseph Roe    wjroe@wjroelaw.com, cgerdts@wjroelaw.com, ndesai@wjroelaw.com

        CLAUSEN MILLER P.C.

By:   */s/ Thomas J. Moody*
       THOMAS J. MOODY, ESQ.
       FBN: 123618

10555832.1